# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132668

KIM SPEARS, #196418

     Plaintiff-Appellant,

v

                                    SC: 132668
                                    CoA: 271257

DEPARTMENT OF CORRECTIONS

     Defendant-Appellee.
_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 12, 2006, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2007

_____
Clerk

jm